UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRIME THERAPEUTICS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ASHLEY D. BEATTY and MAXOR NATIONAL PHARMACY SERVICES, LLC,<br><br>                Defendants. | Civil File No. 18-CV-2715-ECT-KMM<br><br>**PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Prime Therapeutics LLC and Defendants Ashley D. Beatty and Maxor National Pharmacy Services, LLC that this matter is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her and their own costs and attorneys' fees.

Dated: February 26, 2019

**FAEGRE BAKER DANIELS LLP**

 *s/ Jacqueline A. Mrachek*
    Jacqueline A. Mrachek (#0216434)
    Michael M. Sawers (#0392437)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: *Jacqueline.Mrachek@faegrebd.com*
      *Michael.Sawers@faegrebd.com*

**ATTORNEYS FOR PLAINTIFF PRIME THERAPEUTICS LLC**

Dated: February 26, 2019

*s/ Fridrikh Shrayber*
John Rock (MN #0323299)
**ROCK HUTCHINSON, PLLP**
Canadian Pacific Plaza, Suite 2050
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 573-3661
Fax: (612) 330-0959
Email: *jrock@rockhutchinson.com*

**COHEN & GRIGSBY, P.C.**
Fridrikh Shrayber *(admitted pro hac vice)*
Julie Patter *(admitted pro hac vice)*
625 Liberty Avenue
Pittsburgh, PA  15222-3152
Telephone: (412) 297-4900
Fax: (412) 209-0672
Email:  *fshrayber@cohenlaw.com*
       *jpatter@cohenlaw.com*

**ATTORNEYS FOR DEFENDANT
ASHLEY D. BEATTY**

Dated: February 26, 2019

**NILAN JOHNSON LEWIS PA**

*s/ Katie M. Connolly*
Katie M. Connolly (#0338357)
Joel D. O'Malley (#0352573)
Jeremy D. Robb (#0393083)
120 South Sixth Street
Suite 400
Minneapolis, MN 55402
Telephone: (612) 305-7500
Email: *kconnolly@nilanjohnson.com*
       *jomalley@nilanjohnson.com*
       *jrobb@nilanjohnson.com*

**ATTORNEYS FOR DEFENDANT
MAXOR NATIONAL PHARMACY
SERVICES, LLC.**