UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Prime Therapeutics LLC, | File No. 18-cv-02715 (ECT/KMM) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Ashley D. Beatty and Maxor National Pharmacy Services, LLC, | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 61], entered into by Plaintiff and Defendants,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.


Dated:  February 27, 2019          s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court